UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIO LOLARGA VALDELLON, III and ELLEN CRUZ VALDELLON,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>WELLS FARGO BANK, N.A., PHH MORTGAGE CORPORATION, ET AL.,<br><br>　　　　　　Defendants. | Case No. 2:21-CV-01802 JAM (BK)<br><br><br><br><br><br>**RELATED CASE ORDER** |
| MELANIO LOLARGA VALDELLON, III and ELLEN CRUZ VALDELLON,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>WELLS FARGO BANK, N.A., PHH MORTGAGE CORPORATION, ET AL.,<br><br>　　　　　　Defendants. | Case No. 2:21-CV-01840 WBS (BK) |

　　　Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

　　　The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is

effected.  Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

 IT IS THEREFORE ORDERED that the action denominated 2:21-CV-01840 WBS be reassigned to Judge John A. Mendez for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:21-CV-01840 JAM.

 IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

 IT IS SO ORDERED.

Dated:  October 13, 2021           /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE